JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MICHAEL RAY MADRIGAL; ROBERT MADRIGAL; ALICE MADRIGAL; DARLENE MADRIGAL-CAMPA,<br><br>          Plaintiffs,<br><br>v.<br><br>CITY OF SAN BERNARDINO; SHARON BONSHIRE; JOHN CARDILLO; JANIE COZINE; ERICK CAMPOS and DOES 1-10 Inclusive,_____<br><br>          Defendants.<br>_____ | Case No.: EDCV-12-03286-MWF (OPx)<br><br>**ORDER RE: DISMISSAL OF DEFENDANTS WITH PREJUDICE**<br><br>Hon. Michael W. Fitzgerald |

Before the Court is a Notice of Settlement and Joint Stipulation. The parties have reached settlement on all issues raised in this matter. The parties have fully performed their obligations under their settlement agreement. Having read and considered the parties stipulation, and good cause appearing therefore, it is ordered as follows: This case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

**IT IS SO ORDERED, ADJUDGED AND DECREED**

Dated: November 9, 2016

Michael W. Fitzgerald
United States District Judge